# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ROBERT CORTESE | § | Case No. 6:13-bk-03874-KSJ |
| PAULA M CORTESE | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter      of the United States Bankruptcy Code was filed on
      .  The undersigned trustee was appointed on                 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

    Funds were disbursed in the following amounts:

    Payments made under an interim
    disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]                    $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

   5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

   6.  The deadline for filing non-governmental claims in this case was              and the deadline for filing governmental claims was              . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

   7.  The Trustee's proposed distribution is attached as **Exhibit D**.

   8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $              . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

   The trustee has received $         as interim compensation and now requests a sum of $              , for a total compensation of $         [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $         , and now requests reimbursement for expenses of $         , for total expenses of $         [2].

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date:_____  By:/s/Richard B. Webber II, Trustee_____
                                        Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit A

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 13-03874 | KSJ | Judge: | Karen S. Jennemann | Trustee Name: | Richard B. Webber II, Trustee |

Case Name: ROBERT CORTESE

PAULA M CORTESE

For Period Ending: 05/12/2014

Date Filed (f) or Converted (c): 03/29/2013 (f)

341(a) Meeting Date: 05/09/2013

Claims Bar Date: 08/15/2013

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 1009 O'Hanlon Ct., Oviedo FL 32765 Parcel ID:26-21 | 180,860.00 | 0.00 | | 0.00 | FA |
| 2. Fifth Third Bank Checking 2703 | 1,974.32 | 0.00 | | 0.00 | FA |
| 3. 5/3rd Savings account 4176 | 4,100.00 | 2,594.58 | | 2,594.58 | FA |
| 4. Fairwinds Credit Union Membership Share | 5.00 | 5.00 | | 0.00 | FA |
| 5. Fairwinds Credit Union Checking | 0.00 | 0.00 | | 0.00 | FA |
| 6. Progress energy | 400.00 | 400.00 | | 0.00 | FA |
| 7. Household Goods | 800.00 | 800.00 | | 800.00 | FA |
| 8. CD's, Books | 100.00 | 100.00 | | 100.00 | FA |
| 9. Used Clothing | 200.00 | 200.00 | | 200.00 | FA |
| 10. Ring, and jewelry | 600.00 | 600.00 | | 600.00 | FA |
| 11. Sparton Corp Term Life Insurance Policy with a Death Benefit | 0.00 | 0.00 | | 0.00 | FA |
| 12. State Farm Life Insurance Term $150,000 | 0.00 | 0.00 | | 0.00 | FA |
| 13. State Farm Life Insurance Term $280,000 | 0.00 | 0.00 | | 0.00 | FA |
| 14. State Farm Life Insurance Term $200,000 | 0.00 | 0.00 | | 0.00 | FA |
| 15. Sparton Corp 401K | 16,297.93 | 0.00 | | 0.00 | FA |
| 16. 2007 Toyota Camry; Vin:4T1BE46K07U560092 Good condition 91,0 | 8,300.00 | 210.00 | | 0.00 | FA |
| 17. 2004 Ford Focus; Vin:3FAFP31Z44R123378 Fair condition 154,00 | 2,325.00 | 1,325.00 | | 1,325.00 | FA |
| 18. 1998 Ford Explorer; Vin: 1FMYU22X2WUC87674 poor condition 15 | 350.00 | 0.00 | | 0.00 | FA |
| 19. dog | 1.00 | 0.00 | | 0.00 | FA |
| 20. Higher One acct # 8520 | 978.88 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Case 6:13-bk-03874-KSJ    Doc 25    Filed 06/23/14    Page 4 of 14

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $217,292.13          $6,234.58          $5,619.58          $0.00

Exhibit A

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Equity in '04 Focus and pers. prop. $5,619.58 (values ok)
2012 tax refund of $2,594.58 - in savings - turnover immediately
5/9/13 - buyback given at 341 meeting, 1st payt due 6/1/13, final payt due 5/1/14
5/13 - email to atty, $2,594.58 from bank acct due 5/20/13
5/16 - bank acct rec'd, set up in profiles 11000-420
5/28 - 1st payt rec'd, notice of intent to sell filed, obj date up 6/18/13
6/21 - notice of intent to sell granted
8/19 - Claims review complete
4/7/14 - final payt rec'd, waiting on Apr bs to prepare TFR
4/7 - titles returned to debtors
5/12 - ttee fee app filed
5/12 - TFR sent to UST


Initial Projected Date of Final Report (TFR): 12/31/2014          Current Projected Date of Final Report (TFR): 12/31/2014

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

Case 6:13-bk-03874-KSJ    Doc 25    Filed 06/23/14    Page 5 of 14

**FORM 2**

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: 13-03874 | | Trustee Name: Richard B. Webber II, Trustee | Exhibit B |
| Case Name: ROBERT CORTESE | | Bank Name: Bank of Kansas City | |
| PAULA M CORTESE | | Account Number/CD#: XXXXXX2920 | |
| | | Checking | |
| Taxpayer ID No: XX-XXX2841 | | Blanket Bond (per case limit): $35,986,568.00 | |
| For Period Ending: 05/12/2014 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/16/13 | 3 | ROBERT CORTESE 1009 OHANLON CT. OVIEDO, FL 32765 | tax refund | 1129-000 | $2,594.58 | | $2,594.58 |
| 05/28/13 | | ROBERT CORTESE 1009 OHANLON CT. OVIEDO, FL 32765 | payment on buyback per Court order 6/21/13 doc # 16 | | $252.08 | | $2,846.66 |
| | | | Gross Receipts $252.08 | | | | |
| | 8 | | CD's, Books $100.00 | 1129-000 | | | |
| | 9 | | Used Clothing $152.08 | 1129-000 | | | |
| 05/31/13 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,836.66 |
| 06/19/13 | | PAULA M CORTESE 1009 OHANLON CT. OVIEDO, FL 32765 | payment on buyback per Court order 6/21/13 doc # 16 | | $252.08 | | $3,088.74 |
| | | | Gross Receipts $252.08 | | | | |
| | 9 | | Used Clothing $47.92 | 1129-000 | | | |
| | 10 | | Ring, and jewelry $204.16 | 1129-000 | | | |
| 06/28/13 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,078.74 |
| 07/30/13 | 10 | PAULA M CORTESE 1009 OHANLON CT. OVIEDO, FL 32765 | payment on buyback per Court order 6/21/13 doc # 16 | 1129-000 | $252.08 | | $3,330.82 |
| 07/31/13 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,320.82 |
| 08/26/13 | | ROBERT CORTESE 1009 OHANLON CT. OVIEDO, FL 32765 | payment on buyback per Court order 6/21/13 doc # 16 | | $252.08 | | $3,572.90 |
| | | | Gross Receipts $252.08 | | | | |

Page Subtotals: $3,602.90 $30.00

**FORM 2**

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 13-03874

Case Name: ROBERT CORTESE

PAULA M CORTESE

Taxpayer ID No: XX-XXX2841

For Period Ending: 05/12/2014

Trustee Name: Richard B. Webber II, Trustee

Bank Name: Bank of Kansas City

Account Number/CD#: XXXXXX2920

Checking

Blanket Bond (per case limit): $35,986,568.00

Separate Bond (if applicable):

Exhibit B

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 7 | | Household Goods | $108.32 | 1129-000 | | | |
| | 10 | | Ring, and jewelry | $143.76 | 1129-000 | | | |
| 08/30/13 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $10.00 | $3,562.90 |
| 09/24/13 | 7 | PAULA M CORTESE 1009 OHANLON CT. OVIEDO, FL  32765 | payment on buyback per Court order 6/21/13 doc # 16 | | 1129-000 | $252.08 | | $3,814.98 |
| 09/30/13 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $10.00 | $3,804.98 |
| 10/22/13 | 7 | ROBERT CORTESE 1009 OHANLON CT. OVIEDO, FL  32765 | payment on buyback per Court order 6/21/13 doc # 16 | | 1129-000 | $252.08 | | $4,057.06 |
| 10/31/13 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $10.00 | $4,047.06 |
| 11/25/13 | | ROBERT CORTESE 1009 OHANLON CT. OVIEDO, FL  32765 | payment on buyback per Court order 6/21/13 doc # 16 | | | $252.08 | | $4,299.14 |
| | | | Gross Receipts | $252.08 | | | | |
| | 7 | | Household Goods | $187.52 | 1129-000 | | | |
| | 17 | | 2004 Ford Focus; Vin:3FAFP31Z44R123378 Fair condition 154,00 | $64.56 | 1129-000 | | | |
| 11/29/13 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $10.00 | $4,289.14 |
| 12/30/13 | 17 | ROBERT CORTESE 1009 OHANLON CT. OVIEDO, FL  32765 | payment on buyback per Court order 6/21/13 doc # 16 | | 1129-000 | $252.08 | | $4,541.22 |
| 12/31/13 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $10.00 | $4,531.22 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

Page Subtotals:                    $1,008.32                    $50.00

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No:  13-03874 | Trustee Name:  Richard B. Webber II, Trustee |
| Case Name:  ROBERT CORTESE | Bank Name:  Bank of Kansas City |
| PAULA M CORTESE | Account Number/CD#:  XXXXXX2920 |
| | Checking |
| Taxpayer ID No: XX-XXX2841 | Blanket Bond (per case limit): $35,986,568.00 |
| For Period Ending: 05/12/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/27/14 | 17 | PAULA M CORTESE 1009 OHANLON CT. OVIEDO, FL  32765 | payment on buyback per Court order 6/21/13 doc # 16 | 1129-000 | $252.08 | | $4,783.30 |
| 01/31/14 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,773.30 |
| 02/25/14 | 17 | PAULA M CORTESE 1009 OHANLON CT. OVIEDO, FL  32765 | payment on buyback per Court order 6/21/13 doc # 16 | 1129-000 | $252.08 | | $5,025.38 |
| 02/28/14 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,015.38 |
| 03/27/14 | 17 | PAULA M CORTESE 1009 OHANLON CT. OVIEDO, FL  32765 | payment on buyback per Court order 6/21/13 doc # 16 | 1129-000 | $252.08 | | $5,267.46 |
| 03/31/14 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,257.46 |
| 04/07/14 | 17 | PAULA M CORTESE 1009 OHANLON CT. OVIEDO, FL  32765 | payment on buyback per Court order 6/21/13 doc # 16 | 1129-000 | $252.12 | | $5,509.58 |

| | | |
|---|---|---|
| COLUMN TOTALS | $5,619.58 | $110.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $5,619.58 | $110.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $5,619.58 | $110.00 |

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2920 - Checking | $5,619.58 | $110.00 | $5,509.58 |
|  | $5,619.58 | $110.00 | $5,509.58 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $5,619.58 |
| Total Gross Receipts: | $5,619.58 |

Page Subtotals:                                                        $0.00                    $0.00

# Middle District of Florida
# Claims Register

### 6:13-bk-03874-KSJ Robert Cortese and Paula M Cortese

| | |
|---|---|
| **Chief:** Karen S. Jennemann | **Chapter:** 7 |
| **Office:** Orlando | **Last Date to file claims:** 08/15/2013 |
| **Trustee:** Richard B Webber, Trustee | **Last Date to file (Govt):** |

| Creditor:        (23535793)<br>American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | **Claim No: 1**<br>*Original Filed*<br>*Date:* 06/04/2013<br>*Original Entered*<br>*Date:* 06/04/2013 | *Status:*<br>*Filed by:* CR<br>*Entered by:* American InfoSource (LW)<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $2257.88 | |
|---|---|---|---|

| *History:* |
|---|

| Details | ● | 1-1 | 06/04/2013 | Claim #1 filed by American InfoSource LP as agent for, Amount claimed: $2257.88 (American InfoSource (LW)) |
|---|---|---|---|---|

| *Description:* |
|---|

| *Remarks:* |
|---|

| Creditor:        (23542840)<br>Nelnet on behalf of US Dept of<br>Education<br>U.S. Dept of Education<br>3015 South Parker Road Suite 400<br>Aurora CO 80014-2904 | **Claim No: 2**<br>*Original Filed*<br>*Date:* 06/05/2013<br>*Original Entered*<br>*Date:* 06/05/2013 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Nelnet (SJ)<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $3500.00 | |
|---|---|---|---|

| *History:* |
|---|

| Details | ● | 2-1 | 06/05/2013 | Claim #2 filed by Nelnet on behalf of US Dept of Education, Amount claimed: $3500.00 (Nelnet (SJ)) |
|---|---|---|---|---|

| *Description:* |
|---|

| *Remarks:* |
|---|

| Creditor:        (23597512)<br>State Farm Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | **Claim No: 3**<br>*Original Filed*<br>*Date:* 06/24/2013<br>*Original Entered*<br>*Date:* 06/24/2013 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Thomas A Lee, III<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $3340.28 | |
|---|---|---|---|

| *History:* |
|---|

| Details | ● | 3-1 | 06/24/2013 | Claim #3 filed by State Farm Bank, Amount claimed: $3340.28 (Lee, Thomas ) |
|---|---|---|---|---|

| *Description:* (3-1) CREDIT CARD DEBT |
|---|

| *Remarks:* |
|---|

| Creditor: (23644947)<br>GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim No: 4<br>Original Filed Date: 07/08/2013<br>Original Entered Date: 07/08/2013 | Status:<br>Filed by: CR<br>Entered by: GE Money Bank<br>Modified: |
|---|---|---|

| Amount | claimed: | $1874.06 | |
|---|---|---|---|

**History:**

| Details ● | 4-1 | 07/08/2013 | Claim #4 filed by GE Capital Retail Bank, Amount claimed: $1874.06 (GE Money Bank) |
|---|---|---|---|

*Description:*

*Remarks:* (4-1) SAM'S CLUB or GEMB

| Creditor: (23737249)<br>eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Claim No: 5<br>Original Filed Date: 08/02/2013<br>Original Entered Date: 08/02/2013 | Status:<br>Filed by: CR<br>Entered by: Thomas A Lee, III<br>Modified: |
|---|---|---|

| Amount | claimed: | $2024.75 | |
|---|---|---|---|

**History:**

| Details ● | 5-1 | 08/02/2013 | Claim #5 filed by eCAST Settlement Corporation, assignee, Amount claimed: $2024.75 (Lee, Thomas ) |
|---|---|---|---|

*Description:* (5-1) CREDIT CARD DEBT

*Remarks:*

| Creditor: (24506948)<br>eCAST Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E Ft. Lowell, Suite 200<br>Tucson, AZ 85712    Claimant History | Claim No: 6<br>Original Filed Date: 08/15/2013<br>Original Entered Date: 08/15/2013 | Status: Transfer of Claim 20<br>Filed by: CR<br>Entered by: Bass & Associates, P.C. (AB)<br>Modified: |
|---|---|---|

| Amount | claimed: | $2010.49 | |
|---|---|---|---|

**History:**

| Details ● | 6-1 | 08/15/2013 | Claim #6 filed by Capital One, N.A., Amount claimed: $2010.49 (Bass & Associates, P.C. (AB)) |
|---|---|---|---|
| | 20 | 04/22/2014 | Joint Notice of Transfer/Assignment of Claim. (Fee Paid.). Filed by Creditor eCAST Settlement Corporation. (Watkins, Jaime) Status: Transfer of Claim |

*Description:*

*Remarks:*

## Claims Register Summary

**Case Name:** Robert Cortese and Paula M Cortese
**Case Number:** 6:13-bk-03874-KSJ
**Chapter:** 7

**Date Filed:** 03/29/2013
**Total Number Of Claims:** 6

| | |
|---|---|
| **Total Amount Claimed\*** | $15007.46 |
| **Total Amount Allowed\*** | |

\*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | | |
| **Priority** | | |
| **Administrative** | | |

---

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 05/12/2014 14:35:37 | | | |
| **PACER Login:** | zk0100 | **Client Code:** | |
| **Description:** | Claims Register | **Search Criteria:** | 6:13-bk-03874-KSJ Filed or Entered From: 1/1/1985 Filed or Entered To: 5/12/2014 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 6:13-bk-03874-KSJ
Case Name: ROBERT CORTESE
             PAULA M CORTESE
Trustee Name: Richard B. Webber II, Trustee

        Balance on hand                                  $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Richard B. Webber II | $ | $ | $ |
| Trustee Expenses: Richard B. Webber II | $ | $ | $ |

       Total to be paid for chapter 7 administrative expenses     $_____

       Remaining Balance                             $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

       Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be          percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | $ | $ | $ |
| 2 | Nelnet On Behalf Of Us Dept Of Education | $ | $ | $ |
| 3 | State Farm Bank | $ | $ | $ |
| 4 | GE Capital Retail Bank | $ | $ | $ |
| 5 | Ecast Settlement Corporation, Assignee | $ | $ | $ |
| 6 | Capital One N.A. | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance          $_____

Tardily filed claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be          percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE